Samuel Henderson (SBN: 279717)
Henderson@hendersonconsumerlaw.com
185 W. F ST, STE 100-J
San Diego, California 92101
Tel: (760) 575-4594
Fax: (760) 688-3732

Attorney for Plaintiff,
Dori Frederick

Scott M. Pearson (SBN 173880)
pearsons@ballardspahr.com
Kay Fitz-Patrick (SBN 252977)
fitzpatrickk@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
TEMPOE FINANCIAL LLC,
erroneously sued herein as TEMPOE FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO COURTHOUSE

| | |
|---|---|
| DORI FREDERICK,<br>Plaintiff,<br><br>vs.<br><br>L&M TIRE, Inc. *doing business as* EXPRESS TIRE, a California corporation; TEMPOE FINANCIAL, LLC a Delaware limited liability company; and DOES 1 through 10, Inclusive,<br><br>Defendant(s).<br>_____ | Civil Action No. 3:17-cv-01214-MMA-NLS<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANT TEMPOE FINANCIAL LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

**PLEASE TAKE NOTICE** that Plaintiff Dori Frederick ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby voluntarily dismisses all claims in this action *with prejudice* as to all Defendants and dismisses the action in its entirety as provided below.

Federal Rule of Civil Procedure 41(a)(2) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(2) By Court Order; Effect.** Except as provided in Rule 41(a)(1), an action may be dismissed the plaintiff's request only by court order, on terms that the court considers proper.

Defendant TEMPOE Financial LLC and Ms. Frederick have reached a settlement in this matter and as such request that the Court dismiss TEMPOE Financial LLC with prejudice. Each party is responsible for its own costs and fees.

Dated: January 8, 2018                    Respectfully submitted,

**BALLARD SPAHR LLP**
Scott M. Pearson
Kay Fitz-Patrick

By:  */s/ Kay Fitz-Patrick*
Attorneys for Defendant
TEMPOE FINANCIAL LLC,
erroneously sued herein as TEMPOE
FINANCIAL, LLC

Dated: January 8, 2018                    **HENDERSON CONSUMER LAW**
Samuel Henderson

By:  */s/ Samuel Henderson*
Attorneys for Plaintiff
DORI FREDERICK

**CONCURRENCE OF ALL SIGNATORIES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Polices and Procedures Manual, I certify that the consent of all signatories has been obtained in support of the above document.

Dated: January 8, 2018      By:   */s/ Kay Fitz-Patrick*
                                  Attorney for Defendant
                                  TEMPOE FINANCIAL LLC,
                                  erroneously sued herein as TEMPOE
                                  FINANCIAL, LLC

3

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TEMPOE FINANCIAL
FREDERICK V. L&M TIRE, INC., et al., 3:17-cv—01214-MMA-NLS