|   |   |
|---|---|
| 1 | Samuel Henderson (SBN: 279717) |
|   | Henderson@hendersonconsumerlaw.com |
| 2 | 185 W. F ST, STE 100-J |
|   | San Diego, California 92101 |
| 3 | Tel: (760) 575-4594 |
|   | Fax: (760) 688-3732 |
| 4 |   |
|   | Attorney for Plaintiff, |
| 5 | Dori Frederick |
|   |   |
| 6 | ROSE M. HUELSKAMP |
|   | Duckor Spradling Metzger & Wynne |
| 7 | 101 West Broadway, Suite 1700 |
|   | San Diego, CA 92101 |
| 8 | Huelskamp@dsmw.com |
| 9 |   |
|   | Attorneys for Defendant |
| 10 | L&M TIRE, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO COURTHOUSE**

| | |
|---|---|
| DORI FREDERICK<br>　　　　　Plaintiff,<br><br>　vs.<br><br>L&M TIRE, Inc. *doing business as* EXPRESS TIRE, a California corporation; TEMPOE FINANCIAL, LLC a Delaware limited liability company; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendant(s). | Civil Action No. 3:17-cv-01214-MMA-NLS<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANT L&M TIRE, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

_____

1

JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO L&M TIRE, INC.
FREDERICK V. L&M TIRE, INC., et al., 3:17-cv—01214-MMA-NLS

1 **PLEASE TAKE NOTICE** that Plaintiff Dori Frederick ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby voluntarily dismisses all claims in this action *with prejudice* as to all Defendants and dismisses the action in its entirety as provided below.

Federal Rule of Civil Procedure 41(a)(2) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(2) By Court Order; Effect.** Except as provided in Rule 41(a)(1), an action may be dismissed the plaintiff's request only by court order, on terms that the court considers proper.

Defendant L&M Tire, Inc. and Ms. Frederick have reached a settlement in this matter and as such request that the Court dismiss L&M Tire, Inc. with prejudice. Each party is responsible for its own costs and fees.

Dated: January 8, 2018

By: /s/ Rose M. Huelskamp
ROSE M. HUELSKAMP
Duckor Spradling Metzger & Wynne
101 West Broadway, Suite 1700
San Diego, CA 92101
Huelskamp@dsmw.com

Attorneys for Defendant
L&M TIRE, INC.

Dated: January 8, 2018

By: /s/ Samuel Henderson
SAMUEL HENDERSON
Attorneys for Plaintiff
DORI FREDERICK
E-mail:
henderson@hendersonconsumerlaw.com

1
2 **CONCURRENCE OF ALL SIGNATORIES**
3       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Polices
4  and Procedures Manual I certify that the consent of all signatories has been obtained
5  in support of the above document.
6
7  DATED: **January 8, 2018**            By: /s/ Rose M. Huelskamp
8                                         Rose M. Huelskamp, Esq.
                                         Attorney for Defendant
9                                         L&M Tire, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28