# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORI FREDERICK,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>L&M TIRE, INC.; TEMPOE FINANCIAL, LLC; and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No.: 17cv1214-MMA (NLS)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL OF DEFENDANT L&M TIRE, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>[Doc. No. 18] |

On January 8, 2018, Plaintiff Dori Frederick ("Plaintiff") and Defendant L&M Tire, Inc. ("Defendant L&M") jointly moved to dismiss all claims against Defendant L&M with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] with each party to bear its own attorneys' fees and costs. Doc. No. 18 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**.[2] The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: January 8, 2018

Hon. Michael M. Anello
United States District Judge

---

[1] The parties cite to Federal Rule of Civil Procedure 41(a)(2), however, the Court finds Rule 41(a)(1)(A)(ii) more appropriate as both Plaintiff and Defendant L&M have stipulated to dismissal by signing the joint motion. *See* Doc. No. 18 at 2.

[2] The Court previously dismissed the case with prejudice as to Defendant TEMPOE Financial, LLC. *See* Doc. No. 17. Accordingly, dismissal of Defendant L&M results in dismissal of the case in its entirety. *See* Docket.